**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leroy Haeger, et al., | No. CV-05-02046-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Goodyear Tire & Rubber Company, et al., | |
| Defendants. | |

The Ninth Circuit recently remanded this case "for proceedings consistent with the Supreme Court's opinion." (Doc. 1169-1 at 4). Pursuant to 28 U.S.C. § 455(a), a judge must "disqualify [herself] in any proceeding in which [her] impartiality might reasonably be questioned." While the Court can fairly and impartially resolve the remaining matters in this case, often the issue becomes "not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994). This is because "[b]oth the appearance and reality of impartial justice are necessary to the public legitimacy of judicial pronouncements and thus to the rule of law itself." *Williams v. Pennsylvania*, 136 S. Ct. 1899, 1909 (2016). To preserve the appearance of impartial justice, a fresh set of judicial eyes is appropriate for what remains of this matter.

Accordingly,

I hereby recuse from any further action in the above-captioned matter.

**IT IS ORDERED** that this case be reassigned by random lot.

**IT IS FURTHER ORDERED** that this matter has been reassigned, by random lot, to District Judge G. Murray Snow. All future pleadings and papers submitted for

1  filing shall bear the following complete case number: CV-05-2046-PHX-GMS.
2       Dated this 5th day of July, 2017.

_____
Honorable Roslyn O. Silver
Senior United States District Judge