IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leroy Haeger, et al., | No. CV-05-02046-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Goodyear Tire & Rubber Company, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Joint Motion (Doc. 1170) is granted. A Status Conference is set for **July 13, 2017 at 2:30 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, and 401 W. Washington St., Phoenix, Arizona 85003-2151.

Dated this 6th day of July, 2017.

Honorable G. Murray Snow
United States District Judge