Jill G. Okun (admitted *pro hac vice*)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113-7206
Telephone: (216) 443-2508
jokun@porterwright.com

George Brandon (ASB#017947)
Donald A. Wall (ASB#007522)
Kerryn L. Holman (ASB#027514)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
george.brandon@squirepb.com
donald.wall@squirepb.com
kerryn.holman@squirepb.com

*Attorneys for The Goodyear Tire & Rubber Company*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEROY and DONNA HAEGER, husband and wife; BARRY and SUZANNE HAEGER, husband and wife; FARMERS INSURANCE COMPANY OF ARIZONA, an Arizona corporation,<br><br>Plaintiffs,<br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation; SPARTAN MOTORS INC., a Michigan corporation; and GULFSTREAM COACH, INC., an Indiana corporation,<br><br>Defendants. | Case No. CV05-2046-PHX-GMS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that pursuant to Rule 83.3, Local Rules of Civil Procedure, United States District Court for the District of Arizona, Donald A. Wall of the

law firm Squire Patton Boggs (US) LLP (contact information below) hereby enters his appearance as additional counsel for defendant The Goodyear Tire & Rubber Company.

RESPECTFULLY SUBMITTED this 12th day of July, 2017.

/s/ *Donald A. Wall*
George Brandon (ASB#017947)
Donald A. Wall (ASB#007522)
Kerryn L. Holman (ASB#027514)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
george.brandon@squirepb.com
donald.wall@squirepb.com
kerryn.holman@squirepb.com

Jill G. Okun (admitted pro hac vice)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113-7206
Telephone: (216) 443-2508
Facsimile: (216) 443-9011
jokun@porterwright.com

*Attorneys for Goodyear Tire & Rubber Company*

**CERTIFICATE OF SERVICE**

The foregoing was eFiled with the Clerk of the Court this 12th day of July, 2017 using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

David L. Kurtz
THE KURTZ LAW FIRM
7420 East Pinnacle Peak Road
Building D, Suite 128
Scottsdale, AZ 85255
dkurtz@kurtzlaw.com

Lisa G. Lewallen
Lisa G. Lewallen, PLLC
P.O. Box 33430
Phoenix, AZ 85067
lisa@lewallenlaw.com

Mark I. Harrison
Jeffrey Molinar
Osborn Maledon
2929 N. Central Ave., Ste. 2100
Phoenix, AZ 85012
mharrison@omlaw.com
jmolinar@omlaw.com

James Condo
Lisa Coulter
Snell &Wilmer L.L.P.
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, AZ 85004-2202
jcondo@swlaw.com
lcoulter@swlaw.com

Michael J. O'Connor
Jennings, Strouss & Salmon, PLC
201 East Washington Street, 11th Floor
Phoenix, AZ 85004-2385
MOConnor@jsslaw.com

*/s/ Sara Ramirez*