IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leroy Haeger, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Goodyear Tire & Rubber Company, et al.,<br><br>    Defendants. | No. CV-05-02046-PHX-GMS<br><br>**ORDER** |

    Pending before the Court is Plaintiff's Motion to File Under Seal (Doc. 1195). Although the Court notes that the Defendants join in the motion, it is denied without prejudice. Neither party in their support of the motion has demonstrated that the separate documents which both parties desire to remain under seal meet the requirements for filing under seal set forth in *Kamakana v. City and County of Honolulu,* 447 F.3d 1172 (9th Cir). As *Kamakana* demonstrates the mere fact that the parties stipulate to having the documents under seal is insufficient to merit such a filing. Nor does the fact that they are subject to a protective order in state court demonstrate that the documents meet the compelling reasons standard as set forth in *Kamakana*. Since the parties are required to demonstrate such reasons and have yet failed to do so, the Court denies the motion to seal. Accordingly,

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** denying the Motion to Seal (Doc. 1195) without prejudice to its renewal.

Dated this 1st day of May, 2018.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge