# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leroy Haeger, et al., | No. CV-05-02046-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Goodyear Tire & Rubber Company, et al., | |
| Defendants. | |

Pending before the Court are Defendant Goodyear's Motion to Hold in Abeyance (Doc. 1206) and Motion for Expedited Review. (Doc. 1207).

Plaintiffs previously filed a joint motion to seal documents which support Plaintiffs' motion to expand the record. (Docs. 1195, 1197, 1199–1200). The Court denied the request without prejudice. (Doc. 1205). Because Plaintiffs have indicated that they will file the documents without renewing the motion to seal, Defendant has asked for an opportunity to renew the motion to seal. Specifically, Defendant presently requests the Court to order that the time for Plaintiffs to submit their exhibits pursuant to L.R. Civ 5.6(e) be stayed or held in abeyance pending the resolution of Plaintiffs' motion to expand the record.

Whether the Court should seal the documents is a separate inquiry from whether the Court should expand the record. Additionally, to the extent that the Court must consider the documents subject to the motion to seal for its resolution of the Motion to Expand the Record—those documents are currently available to the Court as lodged.

1  Therefore, the Court will grant Defendant thirty (30) days to renew a Motion to Seal, and
2  the Court will not suspend any deadlines concerning the Motion to Expand.

3  **IT IS HEREBY ORDERED:**

4  (1) Defendant's Motion to Hold in Abeyance, (Doc. 1206) is **GRANTED IN
5  PART AND DENIED IN PART**; and

6  (2) Defendant's Motion for Expedited Review, (Doc. 1207), is **GRANTED**.

7  **IT IS FURTHER ORDERED** that Defendants shall file a renewed Motion to
8  Seal before June 4, 2018 at 5 p.m.

9  **IT IS FURTHER ORDERED** that the deadlines imposed by Local Rule 5.6(e)
10 are suspended and Plaintiffs and Spartan shall not publicly file any of the exhibits lodged
11 in support of Plaintiffs' Supplemental Statement of Facts (Doc. 1198) submitted in
12 connection with Plaintiffs' Motion to Expand the Record (Doc. 1197) until the Court
13 resolves Defendant's Renewed Motion to Seal.

14 Dated this 4th day of May, 2018.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge