# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leroy Haeger, et al., | No. CV-05-02046-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Goodyear Tire & Rubber Company, et al., | |
| Defendants. | |

Pending before the Court is The Haegers' Motion for Reconsideration (Doc. 1227). After review and consideration and for the reasons previously discussed in the Court's Order (Doc. 1223),

**IT IS HEREBY ORDERED** that the Motion is denied.

Dated this 4th day of September, 2018.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
Chief United States District Judge